COMMONWEALTH *vs.* LOUIS SALLEN.

A case cannot be brought to this court on exceptions to an order of the court of common pleas sustaining a demurrer to the defendant's plea, until the case has been finished in that court.

INDICTMENT on *St.* 1855, *c.* 215, § 17, for being a common seller of spirituous and intoxicating liquors at Northampton. Plea, that the court of common pleas had no jurisdiction, but that the justices of the peace of the county of Hampshire had exclusive jurisdiction. To this plea the attorney for the Commonwealth demurred, and the court of common pleas sustained the demurrer; and to this order the defendant alleged exceptions.

*W. Allen, Jr.,* for the defendant.

*S. H. Phillips,* (Attorney General,) for the Commonwealth.

BY THE COURT. The order excepted to is not a final judgment. No trial was had in the court of common pleas. The proper order would have been that the defendant plead over; then, if he should be acquitted, he would have no occasion to prosecute his exceptions; if he should be convicted, his exceptions to this order, as well as to any subsequent rulings and instructions in the case, would be open to him, and he could then bring the case to this court. Rev. Sts. *c.* 82, §§ 12, 13.

*Case remitted to court of common pleas.*